## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                          CHAPTER 13
STEPHEN A. MILLER
PATRICIA E. KELLEY-MILLER                       CASE NO. 11-84252


## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  US Bank National Assoc.**          **Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 8138

---

*Final Cure Amount*

Amount of Prepetition Arrears          $1596.27


Amount Paid by Trustee                 $1596.27

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:   12/1/2016                     /s/Lydia S. Meyer_____
                                       Lydia S. Meyer, Trustee
                                       308 W. State St., Suite 212
                                       Rockford, IL  61101

### Certificate of Service

        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of December, 2016.

Dated:   12/1/2016                     /s/Cynthia K. Burnard_____

U.S. BANK NAT'L ASSOC AS TRUSTE 2006BNC1
ATTN: REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

CHASE HOME FINANCE
ATTN:  BANKRUPTCY DEPT. G-7
3415 VISION DRIVE
COLUMBUS, OH  43219

U.S. BANK NAT'L ASSOC
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

STEPHEN A. MILLER
PATRICIA E. KELLEY-MILLER
3314 LATHAM RD., ROUTE 173
ROCKFORD, IL  61101

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111